MARY FENIMORE, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 46658.) — REYNOLDS, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.